JAKE WYLER, Appellant, v. GOODHAND, SMITH & JOHN, INC., Respondent.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, and the warrant of attachment herein reinstated. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.; Dowling and Page, JJ., dissenting.

SUSQUEHANNA SILK MILLS, Appellant, v. SEYMOUR ABRAMS, Doing Business as the STANDARD COSTUME COMPANY, Respondent.— Order modified as stated in order and as modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SAMUEL BLUM, Appellant, v. S. & C. CLOTHING CO., INC., Respondent.— Order modified by striking out the paragraph thereof requiring that plaintiff produce all books, papers, records and memoranda, and as so modified affirmed, without costs. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

D. GEORGE DERY, Appellant, v. SAMUEL A. BLATE and Another, Copartners, etc., Respondents.— Order modified as stated in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.